No. 01–9011. Buckles v. Moore, Secretary, Florida Department of Corrections. C. A. 11th Cir. Certiorari denied.

No. 01–9018. Mason v. Illinois. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 01–9027. Anderson v. Mayle, Warden, et al. C. A. 9th Cir. Certiorari denied.

No. 01–9050. Tshiwala v. Maryland. Ct. Sp. App. Md. Certiorari denied.

No. 01–9055. Cardennas-Baca et al. v. United States; Hernandez-Castorena v. United States; and Tovar-Olaiz v. United States. C. A. 5th Cir. Certiorari denied.

No. 01–9057. Belcher v. Alabama. Ct. Crim. App. Ala. Certiorari denied.

No. 01–9091. Dixon v. City of Minneapolis Water Department. Ct. App. Minn. Certiorari denied.

No. 01–9096. Morrow v. Internal Revenue Service et al. C. A. 8th Cir. Certiorari denied.

No. 01–9107. Conlon v. Stewart, Director, Arizona Department of Corrections, et al. C. A. 9th Cir. Certiorari denied.

No. 01–9143. Gamble v. West Virginia. Sup. Ct. App. W. Va. Certiorari denied.

No. 01–9176. Taylor v. Missouri. Ct. App. Mo., Western Dist. Certiorari denied.

No. 01–9178. Teegarden v. Angelone, Director, Virginia Department of Corrections. C. A. 4th Cir. Certiorari denied.

No. 01–9195. Howard v. Texas. Ct. Crim. App. Tex. Certiorari denied.